McGirr v Zurbrick (2023 NY Slip Op 03567)

McGirr v Zurbrick

2023 NY Slip Op 03567

Decided on June 30, 2023

Appellate Division, Fourth Department

Published by New York State Law Reporting Bureau pursuant to Judiciary Law § 431.

This opinion is uncorrected and subject to revision before publication in the Official Reports.

Decided on June 30, 2023
SUPREME COURT OF THE STATE OF NEW YORK
Appellate Division, Fourth Judicial Department

PRESENT: SMITH, J.P., CURRAN, BANNISTER, AND OGDEN, JJ.

86 CA 21-01606

[*1]JASON J. MCGIRR, PLAINTIFF-APPELLANT,
v
JUSTIN ZURBRICK, DEFENDANT, AND CANALSIDE HARBOR 2013, LLC, DEFENDANT-RESPONDENT. (APPEAL NO. 1.) 

LAW OFFICES OF STEVE BOYD, P.C., BUFFALO (LEAH A. COSTANZO OF COUNSEL), FOR PLAINTIFF-APPELLANT.
RUPP BAASE PFALZGRAF CUNNINGHAM LLC, BUFFALO (NOLAN M. HALE OF COUNSEL), FOR DEFENDANT-RESPONDENT.

 Appeal from an order of the Supreme Court, Erie County (Daniel Furlong, J.), entered October 22, 2021. The order, insofar as appealed from, denied the cross-motion of plaintiff for leave to renew and reargue his motion for sanctions. 
It is hereby ORDERED that said appeal is unanimously dismissed without costs.
Same memorandum as in McGirr v Zurbrick ([appeal No. 2] — AD3d — [June 30, 2023] [4th Dept 2023]).
Entered: June 30, 2023
Ann Dillon Flynn
Clerk of the Court